# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| FIGUEROA, DARIO | § | Case No. 14-45157 |
| FIGUEROA, SOCORRO | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 12/19/2014 . The undersigned trustee was appointed on 12/19/2014 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 20,000.00 |

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 0.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1] | $ 20,000.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

    5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

    6. The deadline for filing non-governmental claims in this case was 05/12/2015 and the deadline for filing governmental claims was 06/17/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

    7. The Trustee's proposed distribution is attached as **Exhibit D**.

    8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,750.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

    The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 2,750.00 , for a total compensation of $ 2,750.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 120.25 , for total expenses of $ 120.25 [2].

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/10/2015        By: /s/Peter N. Metrou, Trustee
                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 14-45157 | BWB | Judge: BRUCE W. BLACK | | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | FIGUEROA, DARIO | | | | Date Filed (f) or Converted (c): | 12/19/14 (f) |
| | FIGUEROA, SOCORRO | | | | 341(a) Meeting Date: | 01/13/15 |
| For Period Ending: | 09/10/15 | | | | Claims Bar Date: | 05/12/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. RESIDENCE | 167,510.00 | 0.00 | | 20,000.00 | FA |
| 2970 Rebecca Dr., New Lenox, IL | | | | | |
| 2. CASH | 190.00 | 0.00 | | 0.00 | FA |
| 3. Checking Account | 2,481.00 | 0.00 | | 0.00 | FA |
| 4. HOUSEHOLD GOODS | 1,050.00 | 0.00 | | 0.00 | FA |
| 5. BOOKS/COLLECTIBLES | 25.00 | 0.00 | | 0.00 | FA |
| 6. Costume jewelry | 135.00 | 0.00 | | 0.00 | FA |
| 7. Hobby Equipment | 50.00 | 0.00 | | 0.00 | FA |
| 8. IRA - Debtor | 173,998.00 | 0.00 | | 0.00 | FA |
| 9. IRA - Joint Debtor | 194,000.00 | 0.00 | | 0.00 | FA |
| 10. 2005 Toyota 4-Runner | 5,327.00 | 0.00 | | 0.00 | FA |
| 11. 2006 Chevy HHR | 4,217.00 | 0.00 | | 0.00 | FA |
| 12. OFFICE EQUIPMENT | 450.00 | 0.00 | | 0.00 | FA |
| 13. 2000 Ford Expedition | 1,975.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $551,408.00 | $0.00 | | $20,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 08/13/15    Current Projected Date of Final Report (TFR): 08/13/15

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1
Exhibit B

| Case No: | 14-45157 -BWB | | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: | FIGUEROA, DARIO | | Bank Name: | Associated Bank |
| | FIGUEROA, SOCORRO | | Account Number / CD #: | *******5330 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0800 | | | |
| For Period Ending: | 09/10/15 | | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/09/15 | 1 | Dario and Socorro Figueroa Debtors | Buy-out of Debtors' int in Residen | 1110-000 | 20,000.00 | | 20,000.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 20,000.00 | 0.00 | 20,000.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 20,000.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 20,000.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - ********5330 | 20,000.00 | 0.00 | 20,000.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 20,000.00 | 0.00 | 20,000.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    20,000.00    0.00

LFORM24    UST Form 101-7-TFR (5/1/2011) *(Page: 4)*    Ver: 18.04

ANALYSIS OF CLAIMS REGISTER
EX C

CASE NO:             14-45157-BWB
CASE NAME:           FIGUEROA, DARIO
CLAIMS BAR DATE:     05/12/15
CLAIMS REVIEWED BY:  Peter N. Metrou, Trustee

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| | Peter N. Metrou, Trustee<br>123 W. Washington Street<br>Suite 216<br>Oswego, IL  60543 | Administrative | | 0.00 | 2,750.00 | 2,750.00 |
| | Peter N. Metrou, Trustee<br>123 W. Washington Street<br>Suite 216<br>Oswego, IL  60543 | Administrative | | 0.00 | 120.25 | 120.25 |
| | | | Subtotal for Class Administrative | 0.00 | 2,870.25 | 2,870.25 |
| 000001<br>070<br>7100-00<br>General<br>Unsecured<br>726(a)(2) | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | 0.00 | 1,648.55 | 1,648.55 |
| 000002<br>070<br>7100-00<br>General<br>Unsecured<br>726(a)(2) | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | 0.00 | 6,717.82 | 6,717.82 |
| 000003<br>070<br>7100-00<br>General<br>Unsecured<br>726(a)(2) | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | (3-1) Unsecured Debt | 0.00 | 3,490.34 | 3,490.34 |
| 000004<br>070<br>7100-00<br>General<br>Unsecured<br>726(a)(2) | Wells Fargo Financial National Bank<br>Wells Fargo Bank, N.A.<br>PO Box 10438<br>Des Moines, IA 50306-0438 | Unsecured | (4-1) THE GREAT ESCAPE(4-2) unsecured claim<br>(4-1) Modified on 2/25/15 to correct creditor's name. (AD) | 0.00 | 6,869.82 | 6,869.82 |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 5)*

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000005 070 7100-00 General Unsecured 726(a)(2) | Capital One Bank (USA), N.A. by American InfoSource LP as agent PO Box 71083 Charlotte, NC 28272-1083 | Unsecured | (5-1) Modified on 3/2/15 to correct creditor's name. (AD) | 0.00 | 6,850.99 | 6,850.99 |
| 000006 070 7100-00 General Unsecured 726(a)(2) | Capital One Bank (USA), N.A. by American InfoSource LP as agent PO Box 71083 Charlotte, NC 28272-1083 | Unsecured | | 0.00 | 3,858.04 | 3,858.04 |
| 000007 070 7100-00 General Unsecured 726(a)(2) | American InfoSource LP as agent for TD Bank, USA PO Box 248866 Oklahoma City, OK 73124-8866 | Unsecured | | 0.00 | 2,883.95 | 2,883.95 |
| 000008 070 7100-00 General Unsecured 726(a)(2) | Cavalry SPVI LLC assignee Capital One, NA Bass Associates PC 3936 E Fort Lowell Road Suite 200 Tucson, AZ 85712 | Unsecured | | 0.00 | 7,452.36 | 7,452.36 |
| 000009 070 7100-00 General Unsecured 726(a)(2) | Citibank, N.A. c/o American InfoSource LP PO Box 248840 Oklahoma City, OK 73124-8840 | Unsecured | | 0.00 | 3,202.11 | 3,202.11 |
| 000010 070 7100-00 General Unsecured 726(a)(2) | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | Unsecured | | 0.00 | 4,991.66 | 4,991.66 |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---:|---:|---:|
| 000011 070 7100-00 General Unsecured 726(a)(2) | PYOD, LLC its successors and assigns as assignee of FNBM, LLC Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | Unsecured | | 0.00 | 1,975.35 | 1,975.35 |
| 000012 070 7100-00 General Unsecured 726(a)(2) | Synchrony Bank c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | Unsecured | (12-1) Care Credit or GEMB or GECRB | 0.00 | 1,974.45 | 1,974.45 |
| 000013 070 7100-00 General Unsecured 726(a)(2) | Synchrony Bank c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | Unsecured | (13-1) JCP credit card or GEMB or GECRB | 0.00 | 821.51 | 821.51 |
| 000014 070 7100-00 General Unsecured 726(a)(2) | Synchrony Bank c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | Unsecured | (14-1) Lowes ConsumerCreditCard or GEMB or GECRB | 0.00 | 4,054.30 | 4,054.30 |
| 000015 070 7100-00 General Unsecured 726(a)(2) | Synchrony Bank c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | Unsecured | (15-1) Sam's ClubPersonalCredit or GEMB or GECRB | 0.00 | 1,158.87 | 1,158.87 |
| 000016 070 7100-00 General Unsecured 726(a)(2) | Synchrony Bank c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | Unsecured | (16-1) TJX RewardsMasterCard or GEMB or GECRB | 0.00 | 3,920.28 | 3,920.28 |
| 000017 070 7100-00 General Unsecured 726(a)(2) | Synchrony Bank c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | Unsecured | (17-1) TJX RewardsMasterCard or GEMB or GECRB | 0.00 | 1,430.50 | 1,430.50 |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---:|---:|---:|
| 000018 070 7100-00 General Unsecured 726(a)(2) | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | Unsecured | | 0.00 | 6,907.49 | 6,907.49 |
| 000019 070 7100-00 General Unsecured 726(a)(2) | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | Unsecured | | 0.00 | 5,146.38 | 5,146.38 |
| | | Subtotal for Class Unsecured | | 0.00 | 75,354.77 | 75,354.77 |
| | | Case Totals: | | 0.00 | 78,225.02 | 78,225.02 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-45157
Case Name: FIGUEROA, DARIO
   FIGUEROA, SOCORRO
Trustee Name: Peter N. Metrou, Trustee

| Balance on hand | $ | 20,000.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou, Trustee | $ 2,750.00 | $ 0.00 | $ 2,750.00 |
| Trustee Expenses: Peter N. Metrou, Trustee | $ 120.25 | $ 0.00 | $ 120.25 |
| Total to be paid for chapter 7 administrative expenses | | | $ 2,870.25 |
| Remaining Balance | | | $ 17,129.75 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 75,354.77 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 22.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 1,648.55 | $ 0.00 | $ 374.75 |
| 000002 | Discover Bank | $ 6,717.82 | $ 0.00 | $ 1,527.10 |
| 000003 | Quantum3 Group LLC as agent for | $ 3,490.34 | $ 0.00 | $ 793.43 |
| 000004 | Wells Fargo Financial National Bank | $ 6,869.82 | $ 0.00 | $ 1,561.66 |
| 000005 | Capital One Bank (USA), N.A. | $ 6,850.99 | $ 0.00 | $ 1,557.38 |
| 000006 | Capital One Bank (USA), N.A. | $ 3,858.04 | $ 0.00 | $ 877.01 |
| 000007 | American InfoSource LP as agent for | $ 2,883.95 | $ 0.00 | $ 655.58 |
| 000008 | Cavalry SPVI LLC assignee Capital One, | $ 7,452.36 | $ 0.00 | $ 1,694.08 |
| 000009 | Citibank, N.A. | $ 3,202.11 | $ 0.00 | $ 727.91 |
| 000010 | PYOD, LLC its successors and assigns as | $ 4,991.66 | $ 0.00 | $ 1,134.71 |
| 000011 | PYOD, LLC its successors and assigns as | $ 1,975.35 | $ 0.00 | $ 449.04 |
| 000012 | Synchrony Bank | $ 1,974.45 | $ 0.00 | $ 448.83 |
| 000013 | Synchrony Bank | $ 821.51 | $ 0.00 | $ 186.75 |
| 000014 | Synchrony Bank | $ 4,054.30 | $ 0.00 | $ 921.63 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000015 | Synchrony Bank | $ 1,158.87 | $ 0.00 | $ 263.44 |
| 000016 | Synchrony Bank | $ 3,920.28 | $ 0.00 | $ 891.16 |
| 000017 | Synchrony Bank | $ 1,430.50 | $ 0.00 | $ 325.18 |
| 000018 | PYOD, LLC its successors and assigns as | $ 6,907.49 | $ 0.00 | $ 1,570.22 |
| 000019 | PYOD, LLC its successors and assigns as | $ 5,146.38 | $ 0.00 | $ 1,169.89 |

|  |  |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 17,129.75 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE