UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| FIGUEROA, DARIO | § | Case No. 14-45157 |
| FIGUEROA, SOCORRO | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Peter N. Metrou, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF THE COURT
219 South Dearborn
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:00 AM on 10/09/2015 in Courtroom ,
Joliet City Hall
150 West Jefferson, 2nd Floor
Joliet, IL 60432
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/15/2015        By: CLERK OF THE COURT


*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
FIGUEROA, DARIO § Case No. 14-45157
FIGUEROA, SOCORRO §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 20,000.00 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 20,000.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou, Trustee | $ 2,750.00 | $ 0.00 | $ 2,750.00 |
| Trustee Expenses: Peter N. Metrou, Trustee | $ 120.25 | $ 0.00 | $ 120.25 |

Total to be paid for chapter 7 administrative expenses $ 2,870.25

Remaining Balance $ 17,129.75

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 75,354.77 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 22.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 1,648.55 | $ 0.00 | $ 374.75 |
| 000002 | Discover Bank | $ 6,717.82 | $ 0.00 | $ 1,527.10 |
| 000003 | Quantum3 Group LLC as agent for | $ 3,490.34 | $ 0.00 | $ 793.43 |
| 000004 | Wells Fargo Financial National Bank | $ 6,869.82 | $ 0.00 | $ 1,561.66 |
| 000005 | Capital One Bank (USA), N.A. | $ 6,850.99 | $ 0.00 | $ 1,557.38 |
| 000006 | Capital One Bank (USA), N.A. | $ 3,858.04 | $ 0.00 | $ 877.01 |
| 000007 | American InfoSource LP as agent for | $ 2,883.95 | $ 0.00 | $ 655.58 |
| 000008 | Cavalry SPVI LLC assignee Capital One, | $ 7,452.36 | $ 0.00 | $ 1,694.08 |
| 000009 | Citibank, N.A. | $ 3,202.11 | $ 0.00 | $ 727.91 |
| 000010 | PYOD, LLC its successors and assigns as | $ 4,991.66 | $ 0.00 | $ 1,134.71 |
| 000011 | PYOD, LLC its successors and assigns as | $ 1,975.35 | $ 0.00 | $ 449.04 |
| 000012 | Synchrony Bank | $ 1,974.45 | $ 0.00 | $ 448.83 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000013 | Synchrony Bank | $ 821.51 | $ 0.00 | $ 186.75 |
| 000014 | Synchrony Bank | $ 4,054.30 | $ 0.00 | $ 921.63 |
| 000015 | Synchrony Bank | $ 1,158.87 | $ 0.00 | $ 263.44 |
| 000016 | Synchrony Bank | $ 3,920.28 | $ 0.00 | $ 891.16 |
| 000017 | Synchrony Bank | $ 1,430.50 | $ 0.00 | $ 325.18 |
| 000018 | PYOD, LLC its successors and assigns as | $ 6,907.49 | $ 0.00 | $ 1,570.22 |
| 000019 | PYOD, LLC its successors and assigns as | $ 5,146.38 | $ 0.00 | $ 1,169.89 |

Total to be paid to timely general unsecured creditors                $ 17,129.75

Remaining Balance                $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Peter N. Metrou
Trustee

*Peter N. Metrou, Trustee*

*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 14-45157-BWB
Dario Figueroa                                                          Chapter 7
Socorro Figueroa
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: adragonet            Page 1 of 2              Date Rcvd: Sep 16, 2015
                              Form ID: pdf006            Total Noticed: 48

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 18, 2015.
```
db/jdb         +Dario Figueroa,    Socorro Figueroa,    2970 Rebecca Drive,    New Lenox, IL 60451-3440
22755156       +BAC Home Loans Services,    450 American St,    Simi Valley, CA 93065-6285
22755158       +Bank of America,    450 American Street,    Simi Valley, CA 93065-6285
22755157       +Bank of America,    PO Box 15020,    Wilmington, DE 19886-0001
22755159       +Barclays Bank Delaware,    1007 N Orange St,    Wilmington, DE 19801-1239
22755160       +Best Buy Credit Services,    P.O. Box 790441,    St. Louis, MO 63179-0441
22755161        Blue Cross BlueShield,    300 East Randolph,    Chicago, IL 60601-5099
22755162      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,     PC Box 85015,    Richmond, VA 23285-5075)
22990794        Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
                 Charlotte, NC  28272-1083
22755163        Capital One Bank (USA), N.A.,    PC Box 6492,    Carol Stream IL 60197-6492
22755164        Capital One Retail Services,    PC Box 5893,    Carol Stream, IL 60197-5893
23177580       +Cavalry SPVI LLC assignee Capital One, NA,    Bass Associates PC,
                 3936 E Fort Lowell Road Suite 200,    Tucson, AZ 85712-1083
22755166        Chase,    PO Box 15298,    Wilmington, DE 19850-5298
22755167        Chase,    N54 ~ 13600 Woodale Drive,    Menncmonee WI 53051
22755168        Chase/Disney Cardme1nber Svc,    PO Box 15153,    Wilmington, DE 19886-5153
22755169       +Check into cash,    2157 W Jefferson,    Joliet, IL 60435-6621
22755170       +Ci ti,    PO Box 6500 C/O Citi Corp,    Sioux Falls, SD 57117-6500
22755171       +City of Chicago,    Clerk of the Circuit Court,    30 N LaSalle 800,    Chicago IL 60602-3542
22755172       +Comenity Bank/Limited,    POB 330066,    Nothglenn, CO 80233-8066
22755173       +Comenity Bank/NY & Co,    POB 182128,    Columbus OH 43218-2128
22755174        Credit One Bank,    FO Box 60500,    City of Industry, CA 91716
22755175       +Creditors Discount & Audit Company,    415 E Main,    Streater IL 61364-2927
22755178       +Home Depot Credit Services,    PO Box 790328,    St. Louis, MO 63179-0328
22755181       +Kohl's/Cap 1,    PO Box 3115,    Milwaukee WI 53201-3115
22755183       +Pierce & Associates, attorney at Law,    1 N Dearborn, #1300,    Chicago, IL 60602-4321
22755184        RCI Card Services,    PO Box 13337,    Philadelphia, PA 19101-3337
22755187        SYNCB/OLD NAVY,    P0 BOX 103065,    ROSWELL GA 30076
22755186       +Sears Credit Cards,    PO Box 6282,    Sioux Falls SD 57117-6282
22755188       +Target Credit Card Services,    PO Box 660170,    Dallas, TX 75266-0170
22755189       +The Room Place,    PO Box 659704,    San Antonio TX 78265-9704
22755192       +WF FIN BANK,    PO Box 94498,    Las Vegas, NV 89193-4498
22965777        Wells Fargo Financial National Bank,    Wells Fargo Bank, N.A.,    PO Box 10438,
                 Des Moines, IA 50306-0438
22755190       +Wells Fargo Financial Natl Bank,    PO Box 10,175,    Des Moines IA 50306-0010
22755191       +Wells Fargo Home Mortgage,    PO Box 10335,    Des Moines IA 50306-0335
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
23081483        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 17 2015 02:12:27
                 American InfoSource LP as agent for,    TD Bank, USA,    PO Box 248866,
                 Oklahoma City, OK  73124-8866
22755165       +E-mail/PDF: gecsedi@recoverycorp.com Sep 17 2015 11:27:19       CARECREDIT/GECRB,
                 PO BOX 9600 61,    ORLANDO, FL 32896-0061
23194619        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 17 2015 02:13:44       Citibank, N.A.,
                 c/o American InfoSource LP,    PO Box 248840,    Oklahoma City, OK  73124-8840
22919193        E-mail/PDF: mrdiscen@discover.com Sep 17 2015 01:54:00       Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
22755176        E-mail/PDF: mrdiscen@discover.com Sep 17 2015 01:54:00       Discover Card,    PO Box 6103,
                 Carol Stream IL 60197-6103
22755177        E-mail/PDF: gecsedi@recoverycorp.com Sep 17 2015 11:27:14       GE Capital Retail Bank/TJX,
                 PO Box 965060,    Orlando, Fl 32896-0560
22755179       +E-mail/Text: des.claimantbankruptcy@illinois.gov Sep 17 2015 02:02:44
                 Illinois Dept Of Employment Services,    POB 6996,    Chicago IL 60680-6996
22755180        E-mail/PDF: gecsedi@recoverycorp.com Sep 17 2015 11:27:18       JC Penney,    PO Box 960090,
                 Oran1do FL 32896-0090
22755182        E-mail/PDF: gecsedi@recoverycorp.com Sep 17 2015 01:54:30       Lowe's,    PO Box 530914,
                 Atlanta, GA 30353-0914
23266676       +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 17 2015 01:54:40
                 PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
23266815       +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 17 2015 01:54:03
                 PYOD, LLC its successors and assigns as assignee,    of FNBM, LLC,    Resurgent Capital Services,
                 PO Box 19008,    Greenville, SC 29602-9008
22938601        E-mail/Text: bnc-quantum@quantum3group.com Sep 17 2015 02:00:37
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
22755185       +E-mail/PDF: gecsedi@recoverycorp.com Sep 17 2015 11:27:18       SAM'S CLUB/Synchrony Bank,
                 PO Box 530942,    Atlanta, GA 30353-0942
23273171        E-mail/PDF: gecsedi@recoverycorp.com Sep 17 2015 11:27:19       Synchrony Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
                                                                                              TOTAL: 14
```

```
District/off: 0752-1          User: adragonet              Page 2 of 2                   Date Rcvd: Sep 16, 2015
                              Form ID: pdf006              Total Noticed: 48
```

***** BYPASSED RECIPIENTS (continued) *****

***** BYPASSED RECIPIENTS *****
NONE.                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2015                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2015 at the address(es) listed below:

    Joseph Wrobel    on behalf of Joint Debtor Socorro  Figueroa josephwrobel@chicagobankruptcy.com, chepe48@gmail.com,lindabolotin@gmail.com

    Joseph Wrobel    on behalf of Debtor Dario  Figueroa josephwrobel@chicagobankruptcy.com, chepe48@gmail.com,lindabolotin@gmail.com

    Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

    Peter N Metrou    on behalf of Trustee Peter N Metrou met.trustee7@att.net, met.trustee_backup@att.net,pnmlawyer@aol.com,pmetrou@ecf.epiqsystems.com

    Peter N Metrou    met.trustee7@att.net,   met.trustee_backup@att.net,pnmlawyer@aol.com, pmetrou@ecf.epiqsystems.com

    TOTAL: 5