UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| FIGUEROA, DARIO | § | Case No. 14-45157 |
| FIGUEROA, SOCORRO | § | |
| | § | |
| | § | |
| Debtors | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 13,968.00 *(Without deducting any secured claims)* | Assets Exempt: 369,930.00 |
| Total Distributions to Claimants:  17,129.75 | Claims Discharged Without Payment:  58,225.02 |
| Total Expenses of Administration: 2,870.25 | |

3) Total gross receipts of $ 20,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 20,000.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 2,870.25 | 2,870.25 | 2,870.25 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 75,354.77 | 75,354.77 | 17,129.75 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 78,225.02 | $ 78,225.02 | $ 20,000.00 |

4) This case was originally filed under chapter 7 on 12/19/2014. The case was pending for 11 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/11/2015           By: /s/Peter N. Metrou, Trustee
                                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| RESIDENCE | 1110-000 | 20,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 20,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PETER N METROU | 2100-000 | NA | 2,750.00 | 2,750.00 | 2,750.00 |
| PETER N METROU | 2200-000 | NA | 120.25 | 120.25 | 120.25 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 2,870.25 | $ 2,870.25 | $ 2,870.25 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000007 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | NA | 2,883.95 | 2,883.95 | 655.58 |
| 000005 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | NA | 6,850.99 | 6,850.99 | 1,557.38 |
| 000006 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | NA | 3,858.04 | 3,858.04 | 877.01 |
| 000008 | CAVALRY SPVI LLC ASSIGNEE CAPITAL O | 7100-000 | NA | 7,452.36 | 7,452.36 | 1,694.08 |
| 000009 | CITIBANK, N.A. | 7100-000 | NA | 3,202.11 | 3,202.11 | 727.91 |
| 000001 | DISCOVER BANK | 7100-000 | NA | 1,648.55 | 1,648.55 | 374.75 |
| 000002 | DISCOVER BANK | 7100-000 | NA | 6,717.82 | 6,717.82 | 1,527.10 |
| 000010 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-000 | NA | 4,991.66 | 4,991.66 | 1,134.71 |
| 000011 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-000 | NA | 1,975.35 | 1,975.35 | 449.04 |
| 000018 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-000 | NA | 6,907.49 | 6,907.49 | 1,570.22 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000019 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-000 | NA | 5,146.38 | 5,146.38 | 1,169.89 |
| 000003 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | NA | 3,490.34 | 3,490.34 | 793.43 |
| 000012 | SYNCHRONY BANK | 7100-000 | NA | 1,974.45 | 1,974.45 | 448.83 |
| 000013 | SYNCHRONY BANK | 7100-000 | NA | 821.51 | 821.51 | 186.75 |
| 000014 | SYNCHRONY BANK | 7100-000 | NA | 4,054.30 | 4,054.30 | 921.63 |
| 000015 | SYNCHRONY BANK | 7100-000 | NA | 1,158.87 | 1,158.87 | 263.44 |
| 000016 | SYNCHRONY BANK | 7100-000 | NA | 3,920.28 | 3,920.28 | 891.16 |
| 000017 | SYNCHRONY BANK | 7100-000 | NA | 1,430.50 | 1,430.50 | 325.18 |
| 000004 | WELLS FARGO FINANCIAL NATIONAL BANK | 7100-000 | NA | 6,869.82 | 6,869.82 | 1,561.66 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 75,354.77 | $ 75,354.77 | $ 17,129.75 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 14-45157 | BWB | Judge: BRUCE W. BLACK | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|---|
| Case Name: | FIGUEROA, DARIO | | | Date Filed (f) or Converted (c): | 12/19/14 (f) |
| | FIGUEROA, SOCORRO | | | 341(a) Meeting Date: | 01/13/15 |
| For Period Ending: | 11/11/15 | | | Claims Bar Date: | 05/12/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. RESIDENCE | 167,510.00 | 0.00 | | 20,000.00 | FA |
| 2970 Rebecca Dr., New Lenox, IL | | | | | |
| 2. CASH | 190.00 | 0.00 | | 0.00 | FA |
| 3. Checking Account | 2,481.00 | 0.00 | | 0.00 | FA |
| 4. HOUSEHOLD GOODS | 1,050.00 | 0.00 | | 0.00 | FA |
| 5. BOOKS/COLLECTIBLES | 25.00 | 0.00 | | 0.00 | FA |
| 6. Costume jewelry | 135.00 | 0.00 | | 0.00 | FA |
| 7. Hobby Equipment | 50.00 | 0.00 | | 0.00 | FA |
| 8. IRA - Debtor | 173,998.00 | 0.00 | | 0.00 | FA |
| 9. IRA - Joint Debtor | 194,000.00 | 0.00 | | 0.00 | FA |
| 10. 2005 Toyota 4-Runner | 5,327.00 | 0.00 | | 0.00 | FA |
| 11. 2006 Chevy HHR | 4,217.00 | 0.00 | | 0.00 | FA |
| 12. OFFICE EQUIPMENT | 450.00 | 0.00 | | 0.00 | FA |
| 13. 2000 Ford Expedition | 1,975.00 | 0.00 | | 0.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $551,408.00 | $0.00 | | $20,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 08/13/15     Current Projected Date of Final Report (TFR): 09/10/15

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 14-45157 -BWB | | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|
| Case Name: | FIGUEROA, DARIO | | Bank Name: | Associated Bank |
| | FIGUEROA, SOCORRO | | Account Number / CD #: | *******5330 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0800 | | | |
| For Period Ending: | 11/11/15 | | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/09/15 | 1 | Dario and Socorro Figueroa Debtors | Buy-out of Debtors' int in Residen | 1110-000 | 20,000.00 | | 20,000.00 |
| 10/15/15 | 005001 | PETER N METROU 123 W. WASHINGTON STREET SUITE 216 OSWEGO, IL 60543 | Chapter 7 Compensation/Expense | | | 2,870.25 | 17,129.75 |
| | | | Fees          2,750.00 | 2100-000 | | | |
| | | | Expenses       120.25 | 2200-000 | | | |
| 10/15/15 | 005002 | Discover Bank Discover Products Inc PO Box 3025 New Albany, OH 43054-3025 | Claim 000001, Payment 22.73210% | 7100-000 | | 374.75 | 16,755.00 |
| 10/15/15 | 005003 | Discover Bank Discover Products Inc PO Box 3025 New Albany, OH 43054-3025 | Claim 000002, Payment 22.73208% | 7100-000 | | 1,527.10 | 15,227.90 |
| 10/15/15 | 005004 | Quantum3 Group LLC as agent for Comenity Bank PO Box 788 Kirkland, WA 98083-0788 | Claim 000003, Payment 22.73217% | 7100-000 | | 793.43 | 14,434.47 |
| 10/15/15 | 005005 | Wells Fargo Financial National Bank Wells Fargo Bank, N.A. PO Box 10438 Des Moines, IA 50306-0438 | Claim 000004, Payment 22.73218% | 7100-000 | | 1,561.66 | 12,872.81 |
| 10/15/15 | 005006 | Capital One Bank (USA), N.A. by American InfoSource LP as agent PO Box 71083 Charlotte, NC 28272-1083 | Claim 000005, Payment 22.73219% | 7100-000 | | 1,557.38 | 11,315.43 |
| 10/15/15 | 005007 | Capital One Bank (USA), N.A. | Claim 000006, Payment 22.73201% | 7100-000 | | 877.01 | 10,438.42 |

Page Subtotals       20,000.00       9,561.58

Ver: 18.04

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 14-45157 -BWB | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | FIGUEROA, DARIO | Bank Name: | Associated Bank |
| | FIGUEROA, SOCORRO | Account Number / CD #: | *******5330 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0800 | | |
| For Period Ending: | 11/11/15 | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | | | | | |
| 10/15/15 | 005008 | American InfoSource LP as agent for<br>TD Bank, USA<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Claim 000007, Payment 22.73202% | 7100-000 | | 655.58 | 9,782.84 |
| 10/15/15 | 005009 | Cavalry SPVI LLC assignee Capital One, NA<br>Bass Associates PC<br>3936 E Fort Lowell Road Suite 200<br>Tucson, AZ 85712 | Claim 000008, Payment 22.73213% | 7100-000 | | 1,694.08 | 8,088.76 |
| 10/15/15 | 005010 | Citibank, N.A.<br>c/o American InfoSource LP<br>PO Box 248840<br>Oklahoma City, OK 73124-8840 | Claim 000009, Payment 22.73220% | 7100-000 | | 727.91 | 7,360.85 |
| 10/15/15 | 005011 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 000010, Payment 22.73212% | 7100-000 | | 1,134.71 | 6,226.14 |
| 10/15/15 | 005012 | PYOD, LLC its successors and assigns as assignee<br>of FNBM, LLC<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 000011, Payment 22.73217% | 7100-000 | | 449.04 | 5,777.10 |
| 10/15/15 | 005013 | Synchrony Bank<br>c/o Recovery Management Systems Corp | Claim 000012, Payment 22.73190% | 7100-000 | | 448.83 | 5,328.27 |
| | | | Page Subtotals | | 0.00 | 5,110.15 | |

Ver: 18.04

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 9)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-45157 -BWB | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | FIGUEROA, DARIO | Bank Name: | Associated Bank |
|  | FIGUEROA, SOCORRO | Account Number / CD #: | *******5330 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0800 |  |  |
| For Period Ending: | 11/11/15 | Blanket Bond (per case limit): | $ 1,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/15/15 | 005014 | Synchrony Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Claim 000013, Payment 22.73253% | 7100-000 | | 186.75 | 5,141.52 |
| 10/15/15 | 005015 | Synchrony Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Claim 000014, Payment 22.73216% | 7100-000 | | 921.63 | 4,219.89 |
| 10/15/15 | 005016 | Synchrony Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Claim 000015, Payment 22.73249% | 7100-000 | | 263.44 | 3,956.45 |
| 10/15/15 | 005017 | Synchrony Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Claim 000016, Payment 22.73205% | 7100-000 | | 891.16 | 3,065.29 |
| 10/15/15 | 005018 | Synchrony Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Claim 000017, Payment 22.73191% | 7100-000 | | 325.18 | 2,740.11 |
| 10/15/15 | 005019 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 000018, Payment 22.73214% | 7100-000 | | 1,570.22 | 1,169.89 |
| 10/15/15 | 005020 | PYOD, LLC its successors and assigns as assignee | Claim 000019, Payment 22.73229% | 7100-000 | | 1,169.89 | 0.00 |

Page Subtotals    0.00    5,328.27

Ver: 18.04

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 14-45157 -BWB | | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|
| Case Name: | FIGUEROA, DARIO | | Bank Name: | Associated Bank |
| | FIGUEROA, SOCORRO | | Account Number / CD #: | *******5330 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0800 | | | |
| For Period Ending: | 11/11/15 | | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | | | | | |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 20,000.00 | 20,000.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 20,000.00 | 20,000.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 20,000.00 | 20,000.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - ********5330 | 20,000.00 | 20,000.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 20,000.00 | 20,000.00 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  0.00  0.00

Ver: 18.04

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*